Order Filed on October 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Attorney for THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-RS4

Vincent A. Aprile (512012025)

**In Re:**

Katanya Simmons
Aka Katanya Epps

Debtor

| | |
|---|---|
| Case Number | 26-11638 |
| Chapter | 13 |
| Hearing Date | October 14, 2026 |
| Honorable | Andrew B. Altenburg |

## ORDER CONFIRMING NO STAY IN EFFECT FOR 30 DAYS

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: October 15, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on the Motion to Confirm no Stay is in Effect of THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-RS4 ("Secured Creditor") by and through its counsel, Roberston, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 101 Lynx Court, Mullica Hill, NJ 08062 (the "Subject Property"), and for good cause it is ORDERED that:

The automatic stay provided by 11 U.S.C. 362(a) does not apply but the Secured Creditor shall take no action to remove her from the property for 30 days from this order being entered, THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-RS4, its successors or assigns, or with respect to real property more fully described as:

LAND AND PREMISES situated in the Township of Harrison, County of Gloucester, and State of New Jersey as follows:

BEING known as Lot 45, Block 16.01 as shown on Plan of Lots Raccoon Crossing Subdivision, Final Plat, Phase I , filed in the Gloucester County Clerk s Office on 1/28/99 as Map #2973.

TAX NOTE: Being Known as Block 16.01, Lot 45 on the official Tax map. Commonly known

as: 101 Lynx Court, Mullica Hill, NJ 08062

Secured Creditor shall serve a copy of this order on the Debtor, the Trustee, and party who made an appearance on this matter.